# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-0195-02** |
| v. | : | **(Chief Judge Conner)** |
| **HOPE R. CARBONE,** | : | |
| **Defendant** | : | |

## ORDER

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that she understands her rights and consequences of her plea and that she voluntarily waives her right to trial. The court finds that the plea has a basis in fact. The court accepts defendant's plea of Guilty to the Information. IT IS HEREBY ORDERED that the United States Probation Office shall conduct a presentence investigation and shall prepare a presentence report and that the case shall be listed for sentencing upon the court's receipt of the presentence report.

Dated: September 13, 2017

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania