IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:17-cr-195 (02) &(03) |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| HOPE CARBONE; | : | |
| DONNA VENTURINI, | : | |
| Defendant | : | |

# **ORDER**

**June 9, 2020**

The Court is in receipt of the Status Report (Doc. 76) filed on June 8, 2020 by the Government, advising as to the status of this matter. In our view, it is premature to schedule sentencing dates for Defendants Carbone and Venturini at this time, but rather we shall **ORDER** the parties to file a further status report by or before October 9, 2020.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania